**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 09-cr-00269-WYD-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DAN KHAU TANG,

    Defendant.

---

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO ORIGINAL EXPIRATION DATE**

---

    On July 15, 2013, the probation officer submitted a petition for early termination of supervised release in this case. On July 29, 2013, the Court ordered that the probation officer serve the petition on the United States and that the United States respond in writing within fifteen days of the date of service. The petition was served on the United States on July 29, 2013, and the United States has no objection to the proposed relief. Accordingly, it is

    ORDERED that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

    Dated: August 19, 2013

                              BY THE COURT:

                              /s/ Wiley Y. Daniel
                              WILEY Y. DANIEL,
                              SENIOR UNITED STATES DISTRICT JUDGE